UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BARRY LATIMER, *Individually and as Administrator of the Estate of Jacqueline Latimer, Deceased,* )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Case No. 4:10-cv-081 |

## ORDER APPROVING SETTLEMENT OF MINOR'S CLAIM

Plaintiff, Barry Latimer, individually and as Administrator of the Estate of Jacqueline Latimer, and as legal guardian of the minor child, Khadiza Latimer, has presented this Court with a Petition for Order Approving Settlement of Minor's Claim. This Court has considered the Petition and evidence presented in support thereof. The Petition satisfies the requirements of Local Rule 17.1 and is otherwise satisfactory to this Court.

The Court finds that the proposed settlement of the disputed claim is fair and appropriate, specifically as to the minor child, Khadiza Latimer. The Court also finds that the claims for and proposed payment of attorneys' fees and litigation expenses out of the settlement proceeds are valid, fair and appropriate.

The Court entrusts the Probate Court of Wayne County, Georgia, with the important duty of ensuring the actual receipt, payment, and distribution of the settlement proceeds. The Court takes its role in protecting minors very seriously. As such, pursuant to Local Rule 17.1, the Court further orders that an annual return be filed with this Court accounting for any encroachment upon or expenditure of the fund set up for Khadiza Latimer. The Court will

review the returns, but unless and until further Order of this Court, all remaining matters regarding the receipt and disbursement of settlement proceeds, including the administration and distribution of the minor's funds, shall lie before the Probate Court of Wayne County, Georgia, and shall be conducted pursuant to Georgia law.

The proposed settlement, and the agreed upon claims for attorneys' fees and expenses out of the settlement proceeds are, hereby, ***APPROVED***.

This 19th day of November 2010.

*[signature]*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA